United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORLANDO SANCHEZ DE TAGLE,

Plaintiff,

v.

HACKEEM LEE,

Defendant.

Case No.  25-cv-09008-VKD

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 20, 2026, the Court issued an order screening Mr. Sanchez de Tagle's amended complaint, ordering service of process, and directing Mr. Sanchez de Tagle to submit a proposed form of summons to the Clerk's Office by January 30, 2026, including an address for service of process on defendant Hackeem Lee.  Dkt. No. 10.  The docket reflects that no proposed form of summons has been received.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962).  By **February 23, 2026**, Mr. Sanchez de Tagle shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case.  If Mr. Sanchez de Tagle does not respond to this order by the February 23, 2026 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the complaint be dismissed for failure to prosecute and/or to comply with court orders.

**IT IS SO ORDERED.**

Dated: February 9, 2026

Virginia K. DeMarchi
United States Magistrate Judge