FILED

MAY 26 2026

CLERK, U.S. COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Name: Orlando Sanchez de Tagle

Address: 101 E. San Fernando St. Apt. 211 San Jose

Phone Number: (669) 499-2525

Email Address: O.sanchezd@yahoo.com

Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]:  ☐ San Francisco   ☐ Oakland   ■ San Jose   ☐ Eureka-McKinleyville

Orlando Sanchez de Tagle

Plaintiff,

v.

Santa Clara County Deputy Hackeem Lee

Defendant.

Case Number: 25-cv-09008-NW  ~~26-cv-090089~~

**ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CHANGE DEADLINE FOR FILING**

WRITE TITLE HERE

DEADLINE EXTENTION

Judge: Hon. Nowel Wise

1. The [title of document] Orlando Sanchez de Tagle v. Santa Clara County Hackeem Lee's

2. Is currently due to be filed on [date] two week from May 11, 2026, May 28, 2026 is the deadline

3. I respectfully request that the Court change this deadline to [new date] June 5, 2026

4. I have [check one]:

   ■ not already asked the Court to change this deadline.

   ☐ already asked the Court to change this deadline.

CASE NO.: 26-CV-090089                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

5. This change is necessary because [explain]: I ask the court to extend my deadline date a few days more out so that I can continue working on my response with Haohao.

6. I believe changing this deadline [check one]:

■ will not affect any other deadlines.

☐ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers you need to file]:

7. The opposing side [check one and explain]:

☐ has agreed to this change.

☐ has not agreed. I tried to obtain the opposing party's agreement to this change but was unsuccessful. [State who you tried to reach, when, and the person's response]:

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Respectfully submitted,

Date: 5/22/2026        Sign Name: _Orlando Sanchez de Tagle_

Print Name: _Orlando Sanchez de Tagle_

CASE NO.: 26-cv-090089-NW        PAGE ___ OF ___        JDC TEMPLATE, UPDATED 11/2024

[Do not write below this line]

    Good cause appearing, the motion is GRANTED. The deadline for filing the

_____ is [date] June 5, 2026 _____.

    IT IS SO ORDERED.

Date: _____June 5, 2026_____    [Signature] _____

[Judge's name] __Noel Wise_____

               United States District/~~Magistrate~~ Judge

CASE NO.: _____    PAGE ___ OF ___    JDC TEMPLATE, UPDATED 11/2024

RECEIVED

2026 MAY 29 15:46

CLERK, US DISTRICT COURT

NO. DIST. OF CA.